UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**DOROTHY LEE**,

    **Plaintiff,**

v.

**CHARTER COMMUNICATIONS, INC.**,

    **Defendant.**                                    No. 13-cv-950-DRH

**JUDGMENT IN A CIVIL CASE**

    **DECISION BY COURT.**  This matter is before the court for the purpose of docket control.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on November 14, 2014 (Doc. 47), enforcing the offer of Judgment, this case is **DISMISSED** with prejudice.  Judgment is entered in favor of Dorothy Lee and against Charter Communications, Inc. in the amount of Twenty Thousand Dollars ($20,000.00).

                                              **JUSTINE FLANAGAN,**
                                              **ACTING CLERK OF COURT**

                                    **BY:**       /s/*Caitlin Fischer*
                                                        **Deputy Clerk**

Dated:  November 14, 2014

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT