UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

DOROTHY LEE,

    Plaintiff,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.     No. 13-cv-950-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on November 14, 2014 (Doc. 47), enforcing the offer of Judgment, this case is **DISMISSED** with prejudice.   Judgment is entered in favor of Dorothy Lee and against Charter Communications, Inc. in the amount of Twenty Thousand Dollars ($20,000.00).

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:       /s/*Caitlin Fischer*
**Deputy Clerk**

Dated:   November 17, 2014

Digitally signed by
David R. Herndon
Date: 2014.11.17
11:44:10 -06'00'

APPROVED:
    U.S. DISTRICT JUDGE
    U. S. DISTRICT COURT